IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GERMAN WOO RODRIGUEZ,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO.** _____ |
| | § | |
| | § | **JURY DEMANDED** |
| **CVS PHARMACY, INC.,** | § | |
| | § | |
| DEFENDANT. | § | |

### DEFENDANT CVS PHARMACY, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant CVS Pharmacy, Inc. (hereinafter referred to as "Defendant" or "CVS"), hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), CVS sets forth the following "short and plain statement of the grounds for removal":

#### A. THE REMOVED CASE

1. The removed case is a civil action first filed in the County Court at Law 1, Cameron County, Texas on July 28, 2021, styled *German Woo Rodriguez v. CVS Pharmacy, Inc.,* Cause No. 2021-CCL-00622 ("State Court Action"). The case arises from alleged injuries sustained by Plaintiff, German Woo Rodriguez ("Rodriguez"), on or about November 12, 2019 while at the CVS store located at 1484 E. Ruben M. Torres Sr. Boulevard, Cameron County, Texas.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings asserting causes of action, answers, and orders in the State Court Action as of the date of this pleading are attached to this Notice and incorporated herein for all purposes.

3.  Attached hereto are copies of the following documents:

    **Exhibit "1":** Index of Matters Being Filed

        Exhibit "A":   Citation Served on CVS Pharmacy, Inc.;

        Exhibit "B":   Plaintiff's Original Petition;

        Exhibit "C":   CVS Pharmacy, Inc.'s Original Answer;

        Exhibit "D":   The State Court's Docket Sheet;

        Exhibit "E":   List of Counsel

    **Exhibit "2":** Civil Cover Sheet

4.  CVS will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the clerk of the County Court at Law 1 of Cameron County, Texas where the State Court Action is currently pending.

## B.  REMOVAL IS TIMELY

5.  CVS was served with Plaintiff's Original Petition ("Petition") on August 10, 2021. Since the thirtieth day after service of the Petition falls on September 9, 2021, this Notice of Removal is filed timely pursuant to 28 U.S.C. § 1446(b).

## C.  VENUE IS PROPER

6.  The United States District Court for the Southern District of Texas is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the County Court at Law 1 of Hidalgo County, Texas is located within the jurisdiction of the United States District Court for the Southern District of Texas.

## D.  DIVERSITY OF CITIZENSHIP EXISTS

7.  This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

8.At the time of the filing of this Petition, Plaintiff German Woo Rodriguez was and is still, to the best of Defendant's knowledge and according to the Petition, a resident of Texas. *See* Plaintiff's Original Petition, p. 2, para. 3.01.  Accordingly, for diversity purposes, Plaintiff is a citizen of Texas.  To date, Plaintiff has not identified, served, or joined a Defendant in this case that can defeat diversity jurisdiction.

9.Defendant, CVS Pharmacy, Inc., is a foreign corporation, organized and existing under the laws of the State of Rhode Island with a principal place of business at 1 CVS Drive, Woonsocket, Rhode Island.  Accordingly, for diversity purposes, Defendant is a citizen of Rhode Island.

10.Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiff and CVS Pharmacy, Inc. pursuant to 28 U.S.C. § 1332.

### E.  THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

11.Plaintiff alleges in her Original Petition that she seeks damages between $250,000.00 and $1,000,000.00.  *See* Plaintiff's Original Petition, p. 1, para. 2.01.

12.Based on the aforementioned facts, the State Court Action may be removed to this Court by CVS in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs, as specifically pled in the Petition.

### F.  JURY DEMAND

13.Plaintiff demanded a trial by jury in the State Court Action and paid the jury fee to the Clerk of the Court with the filing of Plaintiff's Original Petition.  Defendant also demanded a trial by jury in its Original Answer in the State Court Action.

## G. CONCLUSION

14. For the reasons stated above, Defendant CVS PHARMACY, INC. requests that Cause Number 2021-CCL-00622 now pending in the County Court at Law 1 of Cameron County, Texas, be removed to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

*/s/ John A. Scully*
**JOHN A. SCULLY – ATTORNEY IN CHARGE**
State Bar No. 17936500
john.scully@cooperscully.com
**NISHA P. BYERS**
Texas State Bar No. 00791460
nisha.byers@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214-712-9500
Facsimile: 214-712-9540

**ATTORNEYS FOR DEFENDANT
CVS PHARMACY, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of September, 2021, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure as follows:

Humberto Tijerina, III
Cesar Palma
Derek I. Salinas
Tijerina Legal Group, P.C.
1200 S. 2nd St., Suite 4A
McAllen, Texas 78501
Telephone: 956-777-7000
Facsimile:  956-972-0144
Email: TijerinaLit@gmail.com
**Attorney for Plaintiff**

                                            */s/ Nisha P. Byers*